# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 21-1152

———————————————————

Rosalind A. Clayton

*Plaintiff - Appellant*

v.

Louis DeJoy, Postmaster General United States Postal Service; American Postal
Workers Union, AFL-CIO

*Defendants - Appellees*

———————————————————

No. 21-1153

———————————————————

Rosalind A. Clayton

*Plaintiff - Appellant*

v.

Louis DeJoy, Postmaster General United States Postal Service; American Postal
Workers Union, AFL-CIO

*Defendants - Appellees*

———————————

Appeals from United States District Court
for the Eastern District of Missouri - St. Louis

———————————

Submitted: July 28, 2021
Filed: August 2, 2021
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, Rosalind Clayton challenges orders entered by the district court[1] in her employment action.  After careful review of the record and the parties' arguments on appeal, we find no basis for reversal as to the district court's dismissal of some of Clayton's claims, see Coons v. Mineta, 410 F.3d 1036, 1039 (8th Cir. 2005) (standard of review); adverse grant of summary judgment as to her remaining claims, see Denson v. Steak 'n Shake, Inc., 910 F.3d 368, 370 (8th Cir. 2018) (standard of review); and denial of her post-judgment motions, see Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs., 141 F.3d 1284, 1286 (8th Cir. 1998) (standard of review for denial of motion under Fed. R. Civ. P. 59(e)); see also Bell v. Pulmosan Safety Equip. Corp., 906 F.3d 711, 714-15 (8th Cir. 2018) (standard of review for denial of motion under Fed. R. Civ. P. 60(b)(4)).  Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.